UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.          Criminal No. 11-cr-177-01-JL

Christopher Ramos

O R D E R

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted; Final Pretrial is rescheduled to August 29, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning September 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                               /s/ Joe Laplante
                               Joseph N. Laplante
                               Chief Judge

Date: June 28, 2012

cc:  Behzad Mirhashem, AFD
    Arnold H. Huftalen, AUSA
    U.S. Marshal
    U.S. Probation